PILLSBURY WINTHROP SHAW PITTMAN LLP
JONATHAN R. DOOLITTLE (SBN 290638)
jonathan.doolittle@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:     415.983.1000
Facsimile:     415.983.1200

Attorneys for Lip-Bu Tan, Trustee

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## (OAKLAND DIVISION)

| | |
|---|---|
| **In re:** | Case No. 21-40842 |
| **GLEN KEE LAU** | Chapter 7 |
| **and** | Honorable Charles Novack |
| **GAIL WONG LAU** | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS** |
| Debtors | |

TO THE BANKRUPTCY COURT, DEBTORS, AND ALL OTHER PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that, Lip-Bu Tan, as trustee, a party in interest in the above-entitled bankruptcy case, hereby enters his appearance by and through his counsel, Pillsbury Winthrop Shaw & Pittman LLP, pursuant to U.S.C. 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Rule 9010").

**PLEASE TAKE FURTHER NOTICE** that Lip-Bu Tan, as trustee, hereby requests that all notices, pleadings, documents and correspondence required to be served on creditors, all duly appointed committees, and any other party-in-interest pursuant to 11 U.S.C. §§ 102(1) and 342, Rule 2002, 3017(a) and 9007 of the Federal Rules of Bankruptcy Procedure, Section 1109(b) of

1

NOTICE OF APPEARANCE
Case No. 21-40842

Case: 21-40842   Doc# 57   Filed: 10/06/21   Entered: 10/06/21 21:44:34   Page 1 of 2

the Bankruptcy Code, order of the Court and otherwise, whether sent by the Court, the debtor, or any other party-in-interest be served on the following counsel and that the following counsel be added to the Court's master mailing list:

Jonathan Doolittle
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Telephone:     (415) 983-1000
Facsimile:      (415) 983-1200
jonathan.doolittle@pillsburylaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes without limitation, all orders, applications, pleadings, motions, petitions, requests, schedules, statements, complaints or demands, whether formal or informal, arising herein or in any way related to these cases, including in adversary proceedings.

**PLEASE TAKE FURTHER NOTICE** that Lip-Bu Tan, as trustee, does not, by filing this Notice of Appearance and Request for Notice and Service of Papers, nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance and Request for Notice and Service of Papers constitute a waiver of any of his rights: (i) to have final orders in noncore matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which they may be entitled, which it expressly reserves.

Dated: October 6, 2021                        **PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: */s/ Jonathan R. Doolittle*
Jonathan R. Doolittle

*Attorneys for Lip-Bu Tan, trustee*

2
NOTICE OF APPEARANCE
Case No.  21-40842

Case: 21-40842    Doc# 57    Filed: 10/06/21    Entered: 10/06/21 21:44:34    Page 2 of 2